# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> Mark A. Jones <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No.    16-1005-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2014 - July 2015  in the county of  Suffolk  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Keith Brown

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Keith Brown, FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 03/11/2016

_____
*Judge's signature*

City and state: Boston, MA    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*